

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5900
fzlz@fzlz.com

March 3, 2026

**VIA ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:     *Cemayla, LLC v. Pandora Jewelry LLC and Pandora A/S*
        Case No. 26-CV-1331(CM)(KHP)

Dear Judge McMahon,

We represent Plaintiff Cemayla, LLC dba Foundrae in the above-referenced action. We write in response to the Court's February 26, 2026 Order directing the parties to file a Case Management Plan within thirty (30) days.

One of the defendants in this action, Pandora A/S, is a foreign entity that has not yet been served. We transmitted a Request for Waiver of Service to Pandora A/S on February 19, 2026. To date, we have not received a response to that request. It may, therefore, become necessary for Plaintiff to proceed with formal service under the Hague Convention. We do not yet know.

While Plaintiff intends to proceed as efficiently as possible, an extension of the deadline to file the Case Management Plan may be necessary in the event Plaintiff is unable to effectuate service upon Pandora A/S prior to that deadline. Plaintiff will keep the Court informed and will only seek an extension if necessary.

We also provided a copy of the Court's February 26, 2026 Order to both defendants. A copy of the Order was sent to Pandora A/S by FedEx on March 2, and to Pandora Jewelry LLC by hand delivery to its registered agent and listed corporate address on March 3.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta