**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CEMAYLA, LLC DBA FOUNDRAE, <br><br>         Plaintiff, <br> vs. <br><br> PANDORA JEWELRY LLC AND PANDORA A/S, <br><br>         Defendants. | CASE NO. 1:26-cv-01331-CM |

**DECLARATION OF NINA D. BOYAJIAN IN SUPPORT OF DEFENDANTS PANDORA JEWELRY LLC AND PANDORA A/S'S MOTION TO DISMISS**

1.  I am a Shareholder with the law firm Greenberg Traurig, LLP, counsel of record for Defendants Pandora Jewelry LLC and Pandora A/S (together, "Pandora"). I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could testify competently thereto under oath. I submit this Declaration in support of Pandora's Motion to Dismiss Plaintiff Cemayla, LLC d/b/a Foundrae's ("Foundrae") Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the "About Foundrae" page of Foundrae's website, found at https://foundrae.com/pages/guidebook.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the "Tenets and Symbolism" page of Foundrae's website, found at https://foundrae.com/pages/symbolism-definitions.

1

4.     Attached hereto as **Exhibit 3** are true and correct copies of product listings of sun and moon and crossed arrows pendant necklaces from various companies' websites.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on April 20, 2026, at New York, New York.

By: */s/ Nina D. Boyajian*
Nina D. Boyajian

ACTIVE 722625506