

Nina D. Boyajian
Tel 310.586.6587
Fax 310.586.7800
Nina.Boyajian@gtlaw.com

May 8, 2026

**VIA ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

> Re:    ***Cemayla, LLC v. Pandora Jewelry LLC and Pandora A/S*,
> No. 26-cv-1331 (S.D.N.Y.)**

Dear Judge McMahon:

I represent Defendants Pandora Jewelry LLC and Pandora A/S (together, "Pandora") in the above-identified action. I write pursuant to Section I of Your Honor's Procedures for Telephonic Appearance to request that I be permitted to appear remotely, either by telephone or via videoconference, at the Rule 16 Scheduling Conference ("Conference") scheduled in this action for May 21, 2026 at 11 a.m.

Good cause exists for this request. I am a member of the Conference Executive Committee for the Ninth Circuit Court of Appeals, which plans the yearly Ninth Circuit Judicial Conference. The Committee is hosting an event the evening of May 21, 2026, in San Francisco, California, and is conducting a meeting the morning of May 22, 2026 at the Ninth Circuit Courthouse. If I am required to be in New York the morning of May 21, I will not be able to attend the event in California that evening. Additionally, although I am principal trial counsel for Pandora in this action and would be prepared to discuss any issues that may arise at the Conference, Pandora's local counsel in this action, Justin MacLean, will appear at the Conference in person in case it is helpful.

For these reasons, I respectfully request that the Court permit me to appear at the Conference remotely. I thank the Court for its consideration and courtesy.

Respectfully submitted,

*/s/ Nina D. Boyajian (Pro Hac Vice)*
Nina D. Boyajian

cc:    Counsel of Record (via ECF)

**Greenberg Traurig, LLP** ■ **Attorneys at Law** ■ **WWW.GTLAW.COM**
1840 Century Park East, Suite 1900, Los Angeles, California 90067-2121 ■ Tel: 310.586.7700 ■ Fax 310.586.7800

ACTIVE 723807348