October 20, 2026

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re: *Cemayla, LLC v. Pandora Jewelry LLC*, No. 26-cv-1331 (S.D.N.Y.)

Dear Judge McMahon:

Pursuant to Section I.A. of Your Honor's Individual Practices and Procedures, the parties jointly write to request clarification of the Court's Order dated September 22, 2026, which scheduled a conference for October 23, 2026. *See* ECF No. 45. The Order does not specify the time or location of the conference.

Neither party has received separate notice of these details. The parties therefore respectfully request the time and location of the conference. Counsel for the parties are prepared to appear at the conference in person or over the phone, as the Court prefers.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *John P. Margiotta*
John P. Margiotta
Fross Zelnick Lehrman & Zissu P.C.
Counsel for Plaintiff Cemayla LLC

/s/ *Eleanor M. Lackman*
Eleanor M. Lackman
Mitchell Silberberg & Knupp LLP
Counsel for Defendants Pandora Jewely LLC and Pandora A/S

CC: Counsel of record via ECF