FROSS ZELNICK

151 West 42nd Street, 17th Floor
New York, NY 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

October 29, 2026

**VIA ECF**

Conference adjourned to 11/19/2026 at 10:45 a.m.

Colleen McMahon

10/30/2026

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

Re: *Cemayla, LLC v. Pandora Jewelry LLC and Pandora A/S*, Case No. 1:26-cv-01331-CM

Dear Judge McMahon:

MEMO ENDORSED

We represent Plaintiff Cemayla, LLC, d/b/a FoundRae in the above-captioned action. Pursuant to Section I.D of Your Honor's Individual Practices and Procedures, we respectfully request that the Court reschedule the Rule 16 conference currently set for November 12, 2026, at 10:15 a.m. by the Court's Calendar Notice at ECF No. 53.

Plaintiff's counsel is unavailable at the scheduled time due to a previously scheduled court conference beginning at 9:30 a.m. on the same day before Judge Matsumoto of the U.S. District Court for the Eastern District of New York. Due to this conflict, we respectfully request that the November 12, 2026 conference be rescheduled to either November 10 or 11 (if the 11th, prior to 3 p.m.), or another date and time convenient for the Court.

We consulted with counsel for Defendants and they confirm that they are available at these times. Counsel for Defendants is flying out of town on November 12th. That is why the parties are requesting an earlier date, if possible.

This is our first request to reschedule this conference. The requested change would not affect any other scheduled dates or deadlines.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *John P. Margiotta*

John P. Margiotta

Cc: All counsel of record via ECF