FROSS ZELNICK

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

November 2, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

Re: Rule 16 Conference in *Cemayla, LLC v. Pandora Jewelry LLC and Pandora A/S*, Case No. 1:26-cv-01331-CM

Dear Judge McMahon:

We represent Plaintiff Cemayla, LLC, d/b/a FoundRae ("Plaintiff") in the above-captioned action. Pursuant to Section I.D of Your Honor's Individual Practices and Procedures, we respectfully request that the Court reschedule the Rule 16 conference currently set for November 19, 2026, at 10:45 a.m. by the Court's Order, dated October 30, 2026 (ECF No. 55).

Both Plaintiff's counsel and counsel for Defendants Pandora Jewelry LLC and Pandora A/S (together, "Defendants") are unavailable at the scheduled date and time. Plaintiff's counsel has a scheduled court conference beginning at 11:00 a.m. on the same day before Judge Daniels of the U.S. District Court for the Southern District of New York. Defendants' counsel is traveling for a work conference that coincides with the scheduled court conference.

Based on prior scheduling, we infer that the Court holds scheduling conferences on Thursdays. The Thursday after the 19th is Thanksgiving, so the parties propose that the November 19, 2026 conference be rescheduled to the Thursday after Thanksgiving, December 3, 2026.

If this proposed date is unavailable or too late for holding the conference, then the parties respectfully request permission to call Chambers together to schedule the conference with the Court's deputy clerk.

This is our second request to reschedule this conference, which request was granted by the Court. The requested change would not affect any other scheduled dates or deadlines.

Thank you for the Court's consideration.

Respectfully submitted,

*/s/ John Margiotta*

John P. Margiotta

Cc: All counsel of record via ECF